

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

October 27, 2021

**BY ECF:**

Hon. Alvin K. Hellerstein
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14D
New York, NY 10007

The request is granted.

SO ORDERED.

/s/ Alvin K. Hellerstein
October 28, 2021

> RE: United States v. Daniel Torres
> Case No.: 21-cr-00132- 2 (AKH)
> Request for Permission to Travel

Dear Judge Hellerstein:

Please be advised that Spodek Law Group P.C. represents Mr. Torres in the above-referenced matter. This is our second request for a bail modification[1].

Mr. Torres respectfully requests permission to travel from New York, NY to Los Angeles, CA between October 31, 2021 and November 15, 2021 for his birthday on November 5, 2021. Should Mr. Torres be permitted to travel; he intends to stay at The Westin Los Angeles Airport Hotel located at 5400 W Century Blvd, Los Angeles, CA 90045.

Lastly, should Your Honor permit travel, Mr. Torres will book his flight and hotel and will provide a copy of his itinerary to pretrial services within 24 hours of Your Honor's approval of this request.

The Government consents to this request, and Pretrial Officer Vincent Adams takes no position.

---

[1] Your Honor previously modified Mr. Torres' release conditions on July 6, 2021 (ECF No.: 66).

Hon. Alvin K. Hellerstein
Page **2** of **2**

    Thank you for your consideration.

Sincerely,<br>
<b>Spodek Law Group P.C.</b><br>
/S/ Todd A. Spodek

TAS/az

cc:    All Counsel (By ECF).
       Pretrial Officer Vincent Adams (By Email).

---