UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA              :
                                      :
                                      :     **SCHEDULING ORDER**
            -against-                 :
                                      :     21 Cr. 132 (AKH)
                                      :
                                      :
JUAN S. CORDERO et al.,               :
                                      :
                        Defendants.   :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing for Defendant Daniel A. Torres is scheduled for October 4, 2022, at 11:00 a.m. in Courtroom 14D.

       SO ORDERED.

Dated:    July 27, 2022                  /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                      United States District Judge